## LONG *v.* THE STATE.

COBB, J. There was sufficient evidence to sustain the verdict. The charge complained of was not erroneous for any reason assigned; and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted October 3, — Decided October 13, 1898.

Indictment for murder. Before Judge Sheffield. Miller superior court. July 16, 1898.

*W. D. Sheffield* and *Eric Gambrell,* for plaintiff in error.
*John R. Irwin, solicitor-general,* contra.

---

## THREATT *v.* THE STATE.

COBB, J. The verdict was sustained by the evidence. There was no error in the charges or rulings of the court complained of; and the judge did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted October 3, — Decided October 13, 1898.

Indictment for forgery. Before Judge Felton. Bibb superior court. April term, 1898.

*John R. Cooper,* for plaintiff in error.
*Robert Hodges, solicitor-general,* and *Roland Ellis,* contra.